Jul 12, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60174-CR-ROSENBAUM/MATTHEWMAN

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1030(a)(4)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

v.

PORSCHA KYLES,

        **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. The defendant, **PORSCHA KYLES**, worked as a clerk of court in Broward County. **KYLES** had access to the Florida Department of Highway Safety and Motor Vehicle Driver and Vehicle Information Database ("DAVID") in this position.

### COUNT 1
**Conspiracy to Possess Fifteen or More Unauthorized Access Devices**
**(18 U.S.C. § 1029(b)(2))**

1. Paragraph 1 of the General Allegations section of this Indictment is realleged and incorporated herein.

2. From in or around October 2011, continuing through in or around March 2012, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

## PORSCHA KYLES,

did knowingly and intentionally combine, conspire, confederate, and agree with co-conspirator 1, and others known and unknown to the Grand Jury, to commit violations of Title 18, United States Code, Section 1029, that is, to knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, Social Security numbers of other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

## PURPOSE OF THE CONSPIRACY

3. It was the purpose of the conspiracy for the defendant to unjustly enrich herself and others by stealing individuals' personal identity information to give to co-conspirator(s) for the purpose of committing identity theft fraud.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy and to achieve the object and purpose thereof, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1. In or around October 2011, co-conspirator 1 asked PORSCHA KYLES to provide names, dates of birth, and Social Security numbers (together, personal identity information or "PII") of individuals from DAVID.

2. In or around October 2011, PORSCHA KYLES searched DAVID, copied the PII of over fifteen individuals into a document, and printed the document.

2

3. In or around October 2011, **PORSCHA KYLES** provided a document with individuals' PII to co-conspirator 1 in exchange for a cash payment.

4. In or around January 2012, **PORSCHA KYLES** searched DAVID, copied the PII of over fifteen individuals into a document, and printed the document.

5. In or around January 2012, **PORSCHA KYLES** provided a document with individuals' PII to co-conspirator 1 in exchange for a cash payment.

6. In or around March 2012, **PORSCHA KYLES** searched DAVID, copied the PII of over fifteen individuals into a document, and printed the document.

7. In or around March 2012, **PORSCHA KYLES** provided a document with individuals' PII to co-conspirator 1 in exchange for a cash payment.

8. In or around March and April 2012, co-conspirator 1 caused fraudulent tax returns seeking refunds to be filed with the Internal Revenue Service using PII provided by **PORSCHA KYLES**.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT 2
### Fraud and Related Activity in Connection with Computers
### (18 U.S.C. § 1030(a)(4))

On or about March 27, 2012, in Broward County, in the Southern District of Florida, the defendant,

**PORSCHA KYLES,**

did knowingly, and with intent to defraud, exceed her authorized access to a protected computer, and by means of such conduct, did further an intended fraud, and obtain anything of value, that is, personal identifying information of individuals for use in an identity theft fraud scheme, in

3

violation of Title 18, United States Code, Sections 1030(a)(4) and 1030(c)(3)(A).

## COUNTS 3-7
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about the dates enumerated as to each count listed below, in Broward County, in the Southern District of Florida, the defendant,

**PORSCHA KYLES,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(b)(2), that is conspiring to possess fifteen (15) or more unauthorized access devices, as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, the means of identification of other persons, that is, names, dates of birth, and Social Security numbers, as specified in each Count below:

| Count | Approximate Date | Means of Identification |
|---|---|---|
| 3 | January 9, 2012 | Name, date of birth, and Social Security number of "B.H.P." |
| 4 | January 27, 2012 | Name, date of birth, and Social Security number of "S.N." |
| 5 | March 2, 2012 | Name, date of birth, and Social Security number of "M.G." |
| 6 | March 27, 2012 | Name, date of birth, and Social Security number of "T.C.G." |
| 7 | March 27, 2012 | Name, date of birth, and Social Security number of "T.G." |

In violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE
### (18 U.S.C. § 982(a)(2)(B))

1. The allegations in Count 1 and 2 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **PORSCHA KYLES**, has an interest.

2. Upon conviction of the offenses charged in Count 1 and 2 of this Indictment, the defendant, **PORSCHA KYLES**, shall forfeit to the United States any property constituting or

derived from any proceeds that the defendant obtained, directly or indirectly, as the result of such violation and any personal property that the defendant used or intended to be used to commit the offenses, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 1029(c)(1)(C), and 1029(c)(2), and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MICHAEL N. BERGER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES OF AMERICA

vs.

PORSCHA KYLES,

**Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami  ___ Key West
_X_ FTL    ___ WPB    ___ FTP

New Defendant(s)           Yes ___  No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  _No_
   List language and/or dialect  _____

4. This case will take _3-4_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days      _X_           Petty    ___
   II   6 to 10 days     ___           Minor    ___
   III  11 to 20 days    ___           Misdem.  ___
   IV   21 to 60 days    ___           Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

_____
Michael N. Berger
ASSISTANT UNITED STATES ATTORNEY
Court No.: A5501557

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **PORSCHA KYLES**

**Case No:**

Count #: 1

Conspiracy to Possess Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(b)(2)

\* **Max.Penalty:** Five (5) Years' Imprisonment

Count #: 2

Fraud and Related Activity in Connection with Computers

Title 18, United States Code, Section 1030

\* **Max.Penalty:** Five (5) Years' Imprisonment

Counts #: 3-7

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

\* **Max.Penalty:** Two (2) Years' Imprisonment Consecutive to Any Other Sentence

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**